| | |
|---|---|
| 1  KAMALA D. HARRIS, State Bar No. 146672<br>   Attorney General of California<br>2  CONSTANCE L. LELOUIS, State Bar No. 148821<br>   Supervising Deputy Attorney General<br>3  WYNNE CATHCART ERICKSON, State Bar No. 268945<br>   Deputy Attorney General<br>4    455 Golden Gate Avenue, Suite 11000<br>   San Francisco, CA 94102-7004<br>5    Telephone: (415) 703-2331<br>   Fax: (415) 703-1234<br>6    E-mail: Wynne.Erickson@doj.ca.gov<br>   *Attorneys for Defendant*<br>7    *California Governor's Office of Emergency Services* | **FILED**<br>MAR 4 2015<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>      DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRA INTERNATIONAL, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES,<br><br>                    Defendant. | 2:15-CV-00340-JAM-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current response due date:<br>March 18, 2015<br><br>Stipulated response due date:<br>April 8, 2015<br><br>Judge: The Hon. John A. Mendez<br><br>Action Filed: February 10, 2015 |

      WHEREAS, the complaint herein was served upon the Office of the Attorney General on February 25, 2015. The response by defendant the California Office of Emergency Services (CalOES) is currently due on March 18, 2015.

      WHEREAS, CalOES has requested an extension of time in which to respond to the complaint.

      IT IS THEREFORE STIPULATED AND AGREED, as follows:

1

1. CalOES' time to respond to the complaint shall be extended by 21 days, up to and including April 8, 2015.

2. No previous stipulations for extensions of time have been sought.

3. This Stipulation and Order may be executed in multiple counterparts by facsimile or PDF signature, all of which shall constitute one agreement and which shall be binding on all parties hereto.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 3, 2015

KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General

By: *Wynne Cathcart Erick*
WYNNE CATHCART ERICKSON,
Deputy Attorney General
*Attorneys for Defendant California Governor's Office of Emergency Services*

Dated: March 2, 2015

ROGERS JOSEPH O'DONNELL, PC

By: _____
AARON P. SILBERMAN,
*Attorneys for Plaintiff SRA International, Inc.*

IT IS SO ORDERED this March 4, 2015.

_____
HON. JOHN A. MENDEZ

SA2015101781